UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENITA W., <br><br> Plaintiff, <br><br> v. <br><br> ANDREW M. SAUL, Commissioner of Social Security, <br><br> Defendant. | Case No.:  20CV1280-DEB <br><br> **ORDER GRANTING APPLICATION TO PROCEED IN FORMA PAUPERIS [DKT. NO. 2]** |

On July 8, 2020, Plaintiff Renita W. commenced an action against Andrew M. Saul, the Acting Commissioner of Social Security, seeking review of a final adverse decision of the Commissioner. Dkt. No. 1. Plaintiff also filed an Application to Proceed with her Complaint in forma pauperis. Dkt. No. 2.

A court may authorize the commencement of a suit without prepayment of fees if the plaintiff submits an affidavit, including a statement of all his or her assets, showing that he or she is unable to pay the filing fee. *See* 28 U.S.C. § 1915(a).  The affidavit must "state the facts as to [the] affiant's poverty with some particularity, definiteness and certainty." *United States v. McQuade*, 647 F.2d 938, 940 (9th Cir.1981) (internal quotations omitted).

A party need not be completely destitute to proceed in forma pauperis. *Adkins v. E.I. DuPont de Nemours & Co.*, 335 U.S. 331, 339–340 (1948). An affidavit is sufficient if it shows that the applicant cannot pay the fee "and still be able to provide himself [or herself] and dependents with the necessities of life." *Id*. (internal quotations omitted).

Plaintiff is unemployed and has limited income and assets. She receives General Relief benefits from San Diego County of approximately $425.00 per month, however, this is a loan program, and will need to be repaid in the future. She also receives $196.00 per month in food stamps and free health insurance through Medi-Cal. Dkt. No. 2, p. 2. Her assets are approximately $150.00 in cash and a checking account with an approximate balance of $20.00. *Id*. Her monthly rent is $1,515.00, of which Plaintiff pays $166.00 and St. Vincent de Paul Society pays the remainder. [*Id*.] Her other monthly expenses, which include household utilities, cable, cell phone and toiletries, total $275.00. *Id*.

Based on the foregoing, the Court finds Plaintiff has sufficiently shown she lacks the financial resources to pay her filing fee and GRANTS her Application to Proceed with his Complaint in forma pauperis.

IT IS SO ORDERED.

Dated:  July 10, 2020

_____
Honorable Daniel E. Butcher
United States Magistrate Judge